UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

JEANMARIE CONLON                    JURY TRIAL DEMANDED

v.                                  CASE NO.  3:08cv

RIDDLE & ASSOCIATES, P.C.

## COMPLAINT

1.	This is an action pursuant to the Fair Debt Collection Practices Act ("FDCPA"), 15 U.S.C. §1692 et seq. and the Connecticut Unfair Trade Practices Act ("CUTPA"), Conn. Gen. Stat. §42-110a.

2.	This Court has jurisdiction.  15 U.S.C. §1692k and 28 U.S.C. §1331 and §1367.

3.	Plaintiff is a natural person and a consumer within the FDCPA, who resides in Connecticut.

4.	Defendant Riddle & Associates, P.C. ("Riddle") is a professional corporation organized under the laws of Utah and operates as a law firm specializing in consumer debt collection.

5.	Riddle sent the attached letters (copyrighted 2006) to plaintiff on or about the 2007 dates thereof.

6.	At the time the attached letters were sent to Plaintiff, Defendant was no longer authorized or licensed as a "Consumer Collection Agency" by and through

the Banking Commissioner, of the State of Connecticut, Department of Banking, license no. 9166, to collect debts under the name "Riddle & Associates, P.C."

7.  "[T]he accretion of references, both within the letter and accompanying letterhead, and in the telephone messages, would indicate to the "least sophisticated consumer" that "the clear import of the language, taken as a whole, is that [some] type of legal action has already been or is about to be initiated and can be averted from running its course only by payment." See Piples, 886 F.2d at 26." Gervais v. Riddle & Assocs., P.C., 363 F. Supp. 2d 345, 352 (D. Conn. March 31, 2005)

8.  "Defendant's self-identifying statements, rather than complying with disclosure requirements, instead suggest that the debtor faces the high stakes of litigation and therefore should cooperate. Accordingly, after reconsideration, this Court affirms its prior Ruling granting summary judgment for Plaintiff on his claim under § 1692e(5)." Gervais v. Riddle & Assocs., P.C., 479 F. Supp. 2d 270, 276 (D. Conn. March 19, 2007)

9.  The implied threat that "our client" could sue is false, since the identified client admittedly did not own the debt and had no standing to sue. Cardi Materials Corp. v. Connecticut Landscaping Bruzzi Corp., 77 Conn. App. 578 (2003).

10. On their face, at least one of the letters was false as to the Account Balance.

11. On their face, at least one of the letters was false as to the Interest Owing.

12. On their face, the second and third letters gave false legal advice about the rights plaintiff had under federal law.

13. Defendant's collection efforts violated 15 U.S.C. §1692e or –f.

SECOND COUNT

14. The allegations of the First Count are repeated and realleged.

15. Within three years prior to the date of this action, Defendant committed unfair or deceptive acts or practices in collection efforts within the meaning of the Unfair Trade Practices Act, Conn. Gen. Stat. §42-110a et seq., causing ascertainable loss to plaintiff.

WHEREFORE plaintiff respectfully requests this Court to:

1. Award plaintiff such damages as are permitted by law, both compensatory and punitive, including $1,000 statutory damages.

2. Award the plaintiff costs of suit and a reasonable attorney's fee;

3. Award declaratory and injunctive relief and such other and further relief as law or equity may provide.

THE PLAINTIFF

BY_____/s/ Joanne S. Faulkner___
JOANNE S. FAULKNER ct04137
123 Avon Street
New Haven, CT 06511-2422
(203) 772-0395
j.faulkner@snet.net



**RIDDLE & ASSOCIATES P.C.**
Attorneys & Counselors at Law

P.O. Box 1187
Sandy, UT 84091-1187

Our Client: BUREAUS INVESTMENT GROUP #12 L
Account Owner: CORTRUST BANK N.A.

Reference # 19378424

January 14, 2008

JEANMARIE M CONLON 19378424
130A N CHESTNUT ST
BRANFORD, CT 06405

Please fill out and remit below or call us toll-free at
1-800-225-5050

Date: _____ Amount Enclosed: $ _____.__

Send payment to Riddle & Associates, P.C.
P.O. Box 1187, Sandy, UT 84091-1187

---

Please Return Top Portion With Payment

Our law firm has been retained to collect from you the Total Amount Due below.

If you want to resolve this matter, you must either pay the Total Amount Due listed above (unless it has already been paid) or call our law firm at 1-800-225-5050 and work out arrangements for payment. If you do neither of these things, our client may be entitled to file a lawsuit against you or take further action for the collection of this debt. No decision has been made to file a lawsuit. If legal action is taken and a lawsuit is filed, it may be handled by our client or an attorney licensed in your state.

Federal law gives you thirty days after you receive this letter to dispute the validity of the debt or any part of it. If you don't dispute it within that period, we will assume that it is valid. If you do dispute it--by notifying our firm in writing to that effect--we will, as required by law, obtain and mail to you proof of the debt. And if, within the same period, you request in writing the name and address of your original creditor, if the original creditor is different from the current creditor, we will furnish you with that information too.

| | |
|---|---|
| Account Number: | 54366810 |
| Last Charge/Paid Date: | 08-03-07 |
| Account Balance: | $ 484.73 |
| Interest Owing: | $ 0.63 |
| Attorney/Collection Costs: | $ 0.00 |
| Total Amount Due: | $ 485.36 |

The law does not require our client to wait until the end of the thirty-day period before pursuing their contractual rights against you to collect this debt. If, however, you request proof of the debt or the name and address of the original creditor within the thirty-day period that begins with your receipt of this letter, the law requires our firm to suspend our efforts to collect the debt (through litigation or otherwise) until we mail the requested information to you.

At this time, no attorney with this firm has personally reviewed the particular circumstances of your account. However, if you fail to contact this office, our client may consider additional remedies to recover the Total Amount Due.

This is an attempt to collect a debt. Any information obtained will be used for that purpose. This communication is from a debt collector.

As of the date of this letter, you owe the Total Amount Due shown above. Because of interest, and other charges that may vary from day to day, the Total Amount Due on the day you pay may be greater. Hence, if you pay the amount shown above, an adjustment may be necessary after we receive your payment, in which event we will inform you before depositing the payment for collection. For further information, write the undersigned or call 1-800-225-5050.

Send your payment for the Total Amount Due to:
Riddle & Associates, P.C.
P.O. Box 1187
Sandy, UT 84091-1187

Payments may also be made by the following: Check by Phone, Credit Card, Western Union, or MoneyGram. We also work with a mortgage lender for larger balances. To make payment or for information on any of the previous, call 1-800-225-5050.

081401   DF.AIA   19378424
TBIA4

©2006, Riddle & Associates, P.C.

**RIDDLE**   Web: riddle-law.com   Mail: PO Box 1187 Sandy, UT 84091-1187

**RIDDLE & ASSOCIATES P.C.**
Attorneys & Counselors at Law

P.O. Box 1187
Sandy, UT 84091-1187

Our Client: BUREAUS INVESTMENT GROUP #12 L
Account Owner: CORTRUST BANK N.A.

Reference # 19378424

February 18, 2008

JEANMARIE M CONLON 19378424
130 N CHESTNUT ST
BRANFORD, CT 06405

Please fill out and remit below or call us toll-free at
1-800-225-5050

Date: _____   Amount Enclosed: $ _____.__

Send payment to Riddle & Associates, P.C.
P.O. Box 1187, Sandy, UT 84091-1187

---

Please Return Top Portion With Payment

Our law firm has been retained to collect from you the Total Amount Due on your account. However, as an incentive for prompt payment our Client has agreed to a 30% discount (as identified below) of the Total Amount Due if we receive payment of the Discounted Total Amount Due within 35 days of your receipt of this letter.

If you want to resolve this matter, you must either pay the Discounted Total Amount Due (unless it has already been paid) or call our law firm at 1-800-225-5050 and work out arrangements for payment. If you do neither of these things, our client may be entitled to file a lawsuit against you or take further action for the collection of this debt. No decision has been made to file a lawsuit. If legal action is taken and the lawsuit is filed, it may be handled by our client or an attorney licensed in your state.

| | |
|---|---|
| Account Number: | 54366810 |
| Last Charge/Paid Date: | 08-03-07 |
| Account Balance: | $ 299.00 |
| Interest Owing: | $ 191.80 |
| Total Amount Due: | $ 490.80 |
| Discounted Total Amount Due if payment received within 35 days of your receipt of this letter: | $ 343.56 |

Federal law gives you thirty days after you receive this letter to dispute the validity of the debt or any part of it. If you don't dispute it within that period, we will assume that it is valid. If you do dispute it--by notifying our firm in writing to that effect--we will, as required by law, obtain and mail to you proof of the debt. And if, within the same period, you request in writing the name and address of your original creditor, if the original creditor is different from the current creditor, we will furnish you with that information too.

The law does not require our client to wait until the end of the thirty-day period before pursuing their contractual rights against you to collect this debt. If, however, you request proof of the debt or the name and address of the original creditor within the thirty-day period that begins with your receipt of this letter, the law requires our firm to suspend our efforts to collect the debt (through litigation or otherwise) until we mail the requested information to you.

At this time, no attorney with this firm has personally reviewed the particular circumstances of your account. However, if you fail to contact this office, our client may consider additional remedies to recover the Total Amount Due.

This is an attempt to collect a debt. Any information obtained will be used for that purpose. This communication is from a debt collector.

As of the date of this letter, you owe the Discounted Total Amount Due shown above. Because of interest, and other charges that may vary from day to day, the Discounted Total Amount Due on the day you pay may be greater. Hence, if you pay the amount shown above, an adjustment may be necessary after we receive your payment, in which event we will inform you before depositing the payment for collection. For further information, write the undersigned or call 1-800-225-5050.

Send your payment for the Discounted Total Amount Due to:
Riddle & Associates, P.C.
P.O. Box 1187
Sandy, UT 84091-1187

Payments may also be made by the following: Check by phone, Credit Card, Western Union, and MoneyGram. We also work with a mortgage lender for larger balances. To make payment or for information on any of the previous call 1-800-225-5050.



081802  PAR30IA   19378424
                  TBIA4

©2006. Riddle & Associates, P.C.

**RIDDLE**   Web: riddle-law.com   Mail: PO Box 1187 Sandy, UT 84091-1187



**RIDDLE & ASSOCIATES P.C.**
Attorneys & Counselors at Law

P.O. Box 1187
Sandy, UT 84091-1187

Our Client: BUREAUS INVESTMENT GROUP #12 L
Account Owner: CORTRUST BANK N.A.

Reference # 19378424

March 25, 2008

JEANMARIE M CONLON 19378424
130 N CHESTNUT ST
BRANFORD, CT 06405

Please fill out and remit below or call us toll-free at
1-800-225-5050

Date: _____  Amount Enclosed: $ _____.__

Send payment to Riddle & Associates, P.C.
P.O. Box 1187, Sandy, UT 84091-1187

---

**Please Return Top Portion With Payment**

Our law firm has been retained to collect from you the Total Amount Due below.

If you want to resolve this matter, you must either pay the Total Amount Due listed above (unless it has already been paid) or call our law firm at 1-800-225-5050 and work out arrangements for payment. If you do neither of these things, our client may be entitled to file a lawsuit against you or take further action for the collection of this debt. No decision has been made to file a lawsuit. If legal action is taken and a lawsuit is filed, it may be handled by our client or an attorney licensed in your state.

Federal law gives you thirty days after you receive this letter to dispute the validity of the debt or any part of it. If you don't dispute it within that period, we will assume that it is valid. If you do dispute it--by notifying our firm in writing to that effect--we will, as required by law, obtain and mail to you proof of the debt. And if, within the same period, you request in writing the name and address of your original creditor, if the original creditor is different from the current creditor, we will furnish you with that information too.

| | |
|---|---|
| Account Number: | 5436681000 |
| Last Charge/Paid Date: | 08-03-07 |
| Account Balance: | $ 484.73 |
| Interest Owing: | $ 11.68 |
| Attorney/Collection Costs: | $ 0.00 |
| Total Amount Due: | $ 496.41 |

The law does not require our client to wait until the end of the thirty-day period before pursuing their contractual rights against you to collect this debt. If, however, you request proof of the debt or the name and address of the original creditor within the thirty-day period that begins with your receipt of this letter, the law requires our firm to suspend our efforts to collect the debt until we mail the requested information to you.

At this time, no attorney with this firm has personally reviewed the particular circumstances of your account. However, if you fail to contact this office, our client may consider additional remedies to recover the Total Amount Due.

This is an attempt to collect a debt. Any information obtained will be used for that purpose. This communication is from a debt collector.

As of the date of this letter, you owe the Total Amount Due shown above. Because of interest, and other charges that may vary from day to day, the Total Amount Due on the day you pay may be greater. Hence, if you pay the amount shown above, an adjustment may be necessary after we receive your payment, in which event we will inform you before depositing the payment for collection. For further information, write the undersigned or call 1-800-225-5050.

Send your payment for the Total Amount Due to:
Riddle & Associates, P.C.
P.O. Box 1187
Sandy, UT 84091-1187

Payments may also be made by the following: Check by Phone, Credit Card, Western Union, or MoneyGram. We also work with a mortgage lender for larger balances. To make payment or for information on any of the previous, call 1-800-225-5050.

082503   DF.AIA   19378424
TBIA4

©2006, Riddle & Associates, P.C.

**RIDDLE**   Web: riddle-law.com   Mail: PO Box 1187 Sandy, UT 84091-1187