UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| JEANMARIE CONLON, | : | LEAD DOCKET NO. |
| | : | 3:08CV00536(AWT) |
| Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | |
| RIDDLE & ASSOCIATES, P.C., | : | |
| | : | |
| Defendant. | : | November 19, 2009 |

**STIPULATION FOR DISMISSAL WITH PREJUDICE**

The Plaintiff and Defendant, by and through the undersigned, hereby

stipulate that the above-entitled action, including the member case, *Conlon v.*

*Bureaus Investment Group Portfolio No. 12, LLC et al.*, No. 3:08CV01134(AWT),

shall be dismissed with prejudice to Plaintiff on her complaints and without costs

and/or attorney's fees to any party.

THE PLAINTIFF

By: *Joanne S Faulk*
     Joanne S. Faulkner (ct04137)

   Law Offices of Joanne Faulkner
   123 Avon Street
   New Haven, CT  06511-2422
   Tel.  203-772-0395
   Email: faulknerlawoffice@snet.net

   Her Attorney

THE DEFENDANTS

By: _____
     Brian E. Tims (ct27962)

   Zeldes, Needle & Cooper, P.C.
   1000 Lafayette Blvd., Suite 500
   Bridgeport, CT 06604
   Tel: (203) 333-9441
   Fax: (203) 333-1489
   Email: btims@znclaw.com
   Juris No. 69695

   Its Attorneys